The foregoing opinion of the Commission of Appeals of the Court of Criminal Appeals has been examined by the judges and approved by the court.

## Demetrio TORRES v. STATE.
### No. 14965.

Court of Criminal Appeals of Texas.

Jan. 13, 1932.

G. L. Patterson, of Cuero, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, J.

Conviction for murder; punishment, five years in the penitentiary.

We find in the record no statement of facts or bills of exception. The indictment, the charge of the court, the judgment, and sentence appear to be in conformity with law.

No error appearing, the judgment will be affirmed.

## Jim WARD v. STATE.
### No. 14615.

Court of Criminal Appeals of Texas.

Jan. 13, 1932.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, J.

Conviction for transporting intoxicating liquor; punishment, one year in the penitentiary.

We find in the record no bills of exception. The testimony shows that appellant was seen carrying a sack on his back; that he was pursued, and just before he was overtaken he threw the sack to the ground breaking the contents, which were found to be jars of whisky. Appellant defended upon the theory of an alibi. No objections were made to the charge of the court, or to any other matter of procedure during the trial. The verdict of the jury settles any conflict in the testimony.

No reversible error appearing, the judgment will be affirmed.

## Seferino YBARRA v. STATE.
### No. 14749.

Court of Criminal Appeals of Texas.

Jan. 20, 1932.

See, also, 36 S.W.(2d) 180.

Ney Wade, of Beeville, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, J.

Conviction is for murder; punishment being twenty years in the penitentiary.

By proper affidavit it is made to appear that pending appeal appellant escaped from custody. By the terms of article 824, Code Cr. Proc. 1925, this court is ousted of jurisdiction.

The appeal is therefore dismissed.